# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| In re: Davis, Kimberly A. | § | Case No. 8:11-03902-MGW |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Angela Stathopoulos, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $146,127.07
*(without deducting any secured claims)*

Assets Exempt: $6,631.79

Total Distribution to Claimants: $1,026.45

Claims Discharged
Without Payment: $16,060.24

Total Expenses of Administration: $404.68

3) Total gross receipts of $ 1,431.13 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,431.13 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 404.68 | 404.68 | 404.68 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,217.29 | 17,086.69 | 17,086.69 | 1,026.45 |
| **TOTAL DISBURSEMENTS** | $16,217.29 | $17,491.37 | $17,491.37 | $1,431.13 |

4)  This case was originally filed under Chapter 7 on March 03, 2011. The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _12/14/2012_____     By: _/s/Angela Stathopoulos_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tampa Bay Federal  CU Checking #39-15 | 1129-000 | 157.00 |
| Tampa Bay Federal CU- Savings #39 | 1129-000 | 193.00 |
| 2010 TAX REFUND | 1224-000 | 1,081.00 |
| Interest Income | 1270-000 | 0.13 |
| **TOTAL GROSS RECEIPTS** | | **$1,431.13** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Angela Stathopoulos | 2100-000 | N/A | 357.78 | 357.78 | 357.78 |
| Angela Stathopoulos | 2200-000 | N/A | 34.45 | 34.45 | 34.45 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | 2600-000 | N/A | 1.82 | 1.82 | 1.82 |
| BANK OF AMERICA, N.A. | 2600-000 | N/A | 1.76 | 1.76 | 1.76 |
| BANK OF AMERICA, N.A. | 2600-000 | N/A | 1.76 | 1.76 | 1.76 |
| BANK OF AMERICA, N.A. | 2600-000 | N/A | 1.87 | 1.87 | 1.87 |
| BANK OF AMERICA, N.A. | 2600-000 | N/A | 1.69 | 1.69 | 1.69 |
| BANK OF AMERICA, N.A. | 2600-000 | N/A | 1.75 | 1.75 | 1.75 |
| BANK OF AMERICA, N.A. | 2600-000 | N/A | 1.80 | 1.80 | 1.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $404.68 | $404.68 | $404.68 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 -1 | DISCOVER BANK | 7100-000 | N/A | 1,762.60 | 1,762.60 | 105.88 |
| 000002 -1 | CHASE BANK USA, N.A. | 7100-000 | N/A | 7,421.69 | 7,421.69 | 445.84 |
| 000003 -1 | PYOD LLC | 7100-000 | N/A | 7,629.01 | 7,629.01 | 458.30 |
| 000004 -1 | HSBC BANK NEVADA, N.A. | 7100-000 | N/A | 273.39 | 273.39 | 16.43 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $16,217.29 | $17,086.69 | $17,086.69 | $1,026.45 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 8:11-03902-MGW | **Trustee:** (290290)   Angela Stathopoulos |
| **Case Name:** Davis, Kimberly A. | **Filed (f) or Converted to (c):** 03/03/11 (f) |
| | **§341(a) Meeting Date:** 04/08/11 |
| **Period Ending:** 12/14/12 | **Claims Bar Date:** 08/07/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Homestead property (Surrendered) | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Tampa Bay Federal  CU Checking #39-15       OK per FD bank stmt | 1,157.00 | 157.00 | | 157.00 | FA |
| 3 | Tampa Bay Federal CU- Savings #39       OK per FD bank stmt; agreement as to value of account in light of wages | 697.72 | 612.72 | | 193.00 | FA |
| 4 | HOUSEHOLD GOODS | 4,010.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL | 75.00 | 0.00 | DA | 0.00 | FA |
| 6 | FURS AND JEWELRY | 225.00 | 225.00 | DA | 0.00 | FA |
| 7 | IRA through UBS Financial Services | 812.07 | 0.00 | DA | 0.00 | FA |
| 8 | 2010 Toyota Corolla 4/Door Sedan VIN 1NXBU4EE7AZ | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Yorkshire Terrier | 5.00 | 5.00 | DA | 0.00 | FA |
| 10 | 2010 TAX REFUND  (u) | 0.00 | 1,081.00 | | 1,081.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.13 | FA |
| 11 | **Assets    Totals** (Excluding unknown values) | **$147,981.79** | **$2,080.72** | | **$1,431.13** | **$0.00** |

**Major Activities Affecting Case Closing:**

2010 TR of $1081; email from atty that D advised that refund rec'd needs to be turned over--April 04, 2011, 09:44 am***TR rec'd & AS review bank balance; email to D atty for BB on PP overages of $1169.72 payable over 3 mos. beg 6/1; Obj Ex & App Employ filed--May 04, 2011, 10:15 am***M for Reconsideration of Order on Obj Exemptions filed re wage exemption; no hearing set--June 23, 2011, 02:48 pm***Offer of settlement of pending reconsideration on wage issue of $500--August 04, 2011, 03:58 pm***Agreed reduction in bank balances based upon proof of wages was $350; D atty to withdraw M for Reconsideration--August 18, 2011, 04:53 pm***NO further monies owed and fully administered--October 11, 2011, 04:46 pm

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | May 1, 2012 | **Current Projected Date Of Final Report (TFR):** | May 30, 2012  (Actual) |

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 8:11-03902-MGW | **Trustee:** Angela Stathopoulos (290290) |
| **Case Name:** Davis, Kimberly A. | **Bank Name:** BANK OF AMERICA, N.A. |
| | **Account:** ********95 - BofA MONEY MARKET ACCOUNT |
| **Taxpayer ID #:** **-***9346 | **Blanket Bond:** $51,212,000.00  (per case limit) |
| **Period Ending:** 12/14/12 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/02/11 | {10} | DAVIS, KIMBERLY A. | TAX REFUND | 1224-000 | 1,081.00 | | 1,081.00 |
| 05/31/11 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,081.01 |
| 06/30/11 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,081.02 |
| 07/29/11 | Int | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,081.03 |
| 08/29/11 | | DAVIS, KIMBERLY A. | EXEMPTION OVERRAGE BUYBACK | | 350.00 | | 1,431.03 |
| | {2} | | | 157.00 | 1129-000 | | 1,431.03 |
| | {3} | | | 193.00 | 1129-000 | | 1,431.03 |
| 08/31/11 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,431.04 |
| 09/30/11 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,431.05 |
| 10/31/11 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,431.06 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.82 | 1,429.24 |
| 11/30/11 | Int | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,429.25 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.76 | 1,427.49 |
| 12/30/11 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,427.50 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.76 | 1,425.74 |
| 01/31/12 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,425.75 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.87 | 1,423.88 |
| 02/29/12 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,423.89 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.69 | 1,422.20 |
| 03/30/12 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,422.21 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.75 | 1,420.46 |
| 04/30/12 | Int | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,420.47 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.80 | 1,418.67 |
| 05/17/12 | Int | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,418.68 |
| 05/17/12 | | Transfer to Acct #4438470758 | Final Posting Transfer | 9999-000 | | 1,418.68 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,431.13 | 1,431.13 | $0.00 |
| Less: Bank Transfers | 0.00 | 1,418.68 | |
| **Subtotal** | 1,431.13 | 12.45 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $1,431.13 | $12.45 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | | |
|---|---|---|
| **Case Number:** | 8:11-03902-MGW | |
| **Case Name:** | Davis, Kimberly A. | |
| **Taxpayer ID #:** | **-***9346 | |
| **Period Ending:** | 12/14/12 | |

| | |
|---|---|
| **Trustee:** | Angela Stathopoulos (290290) |
| **Bank Name:** | BANK OF AMERICA, N.A. |
| **Account:** | *******58 - BofA CHECKING ACCOUNT |
| **Blanket Bond:** | $51,212,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/17/12 | | Transfer from Acct #4437933995 | Transfer In From MMA Account | 9999-000 | 1,418.68 | | 1,418.68 |
| 06/07/12 | | Bank of America | Transfer to The Bank of New York Mellon | 9999-000 | | 1,418.68 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **1,418.68** | **1,418.68** | **$0.00** |
| | | | Less: Bank Transfers | | 1,418.68 | 1,418.68 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 8:11-03902-MGW |
| Case Name: | Davis, Kimberly A. |
| Taxpayer ID #: | **-***9346 |
| Period Ending: | 12/14/12 |

| | |
|---|---|
| Trustee: | Angela Stathopoulos (290290) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******46-66 - Checking Account |
| Blanket Bond: | $51,212,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/07/12 | | The Bank of New York Mellon | Transfer from Bank of America | 9999-000 | 1,418.68 | | 1,418.68 |
| 08/28/12 | 10101 | DISCOVER BANK | Dividend paid  6.00% on $1,762.60; Claim# 000001 -1; Filed: $1,762.60; Reference: | 7100-000 | | 105.88 | 1,312.80 |
| 08/28/12 | 10102 | CHASE BANK USA, N.A. | Dividend paid  6.00% on $7,421.69; Claim# 000002 -1; Filed: $7,421.69; Reference: | 7100-000 | | 445.84 | 866.96 |
| 08/28/12 | 10103 | PYOD LLC | Dividend paid  6.00% on $7,629.01; Claim# 000003 -1; Filed: $7,629.01; Reference: | 7100-000 | | 458.30 | 408.66 |
| 08/28/12 | 10104 | HSBC BANK NEVADA, N.A. | Dividend paid  6.00% on $273.39; Claim# 000004 -1; Filed: $273.39; Reference: | 7100-000 | | 16.43 | 392.23 |
| 08/28/12 | 10105 | Angela Stathopoulos | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 392.23 | 0.00 |
| | | | Dividend paid 100.00%          357.78 on $357.78;  Claim# ; Filed: $357.78 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%          34.45 on $34.45;  Claim# ; Filed: $34.45 | 2200-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 1,418.68 | 1,418.68 | $0.00 |
| Less: Bank Transfers | 1,418.68 | 0.00 | |
| Subtotal | 0.00 | 1,418.68 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $1,418.68 | |

| | |
|---|---|
| Net Receipts : | 1,431.13 |
| Net Estate : | $1,431.13 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # *******95 | 1,431.13 | 12.45 | 0.00 |
| Checking # ********58 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******46-66 | 0.00 | 1,418.68 | 0.00 |
| | $1,431.13 | $1,431.13 | $0.00 |